UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TYLER NEIN,<br><br>                Plaintiff,<br>    v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>                Defendant. | CASE NO. C23-0683-KKE<br><br>ORDER DENYING STIPULATED MOTION TO EXTEND DEADLINES |

This matter comes before the Court on the parties' stipulated motion to extend case deadlines. Dkt. No. 20. The parties proposed extending certain case deadlines, including the dispositive motions deadline, without extending the trial date. *Id*. at 1. As stated in the order on chambers procedures (Dkt. No. 14), "the Court requires approximately 120 days between the deadline for filing dispositive motions and the trial date. Stipulated motions proposing a schedule that does not comply with this requirement will be denied." *Id.* at 3. The parties' proposed schedule results in approximately 60 days between the dispositive motions deadline and the trial date. Dkt. No. 20.

//

//

//

ORDER DENYING STIPULATED MOTION TO EXTEND DEADLINES - 1

The Court therefore DENIES the parties' stipulation (Dkt. No. 20), subject to re-filing in accordance with the Court's requirement as stated above.

Dated this 6th day of March, 2024.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge