Honorable Kymberly K. Evanson

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TYLER NEIN, an individual,<br><br>               Plaintiff,<br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, a foreign corporation,<br><br>               Defendant. | NO. 2:23-cv-00683-KKE<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL DEADLINES |

THIS MATTER, having come before the Court on the parties' Stipulated Motion to Continue Trial Date and Pretrial Deadlines and having considered the moving papers, pleadings and record in this case, the Court hereby ORDERS and DECREES as follows:

1. Parties' Stipulated Motion to Continue Trial Date and Pretrial Deadlines is granted.

2. A new Order Setting Case Schedule will be issued in accordance with the new trial date.

IT IS SO ORDERED

DATED THIS 11th day of March, 2024

*Kymberly K. Evanson* (signature)

Kymberly K. Evanson
United States District Judge

PRESENTED BY:

March 11, 2024

| | |
|---|---|
| Lewis Brisbois Bisgaard & Smith, LLP | EMBER LAW PLLC |
| */s/Gregory S. Worden* (by email authority) | */s/Chance Yager* |
| Gregory S. Worden, WSBA #24262 | Chance B, Yager, WSBA No. 54486 |
| 1111 Third Avenue, Suite 2700 | Leah S. Snyder, WSBA No. 44384 |
| Seattle, WA 98101 | 1700 Seventh Avenue, Suite 2100 |
| P. (206) 436-2020 | Seattle, WA 98101 |
| gregory.worden@lewisbrisbois.com | P. (206) 468-9410 |
| Attorney for Defendant | F. (206) 858-8182 |
| | chance@emberlaw.com |
| | leah@emberlaw.com |
| | Attorneys for Plaintiff |

CERTIFICATE OF SERVICE

I hereby certify that on the date of filing, I caused to be served a true and correct copy of the attached pleading by E-Service or Email on the date indicated below.

Gregory S. Worden
Attorney for Defendant State Farm Fire and Casualty Corporation
Lewis Brisbois Bisgaard & Smith LLP
1111 Third Ave, Suite 2700
Seattle, WA 98101
Gregory.Worden@lewisbrisbois.com

Dated: Monday, March 11, 2024

                                          EMBER LAW PLLC
                                          *S/Chance Yager*
                                          Chance B, Yager, WSBA No. 54486
                                          1700 Seventh Avenue, Suite 2100
                                          Seattle, WA 98101
                                          P. (206) 468-9410
                                          F. (206) 858-8182
                                          chance@emberlaw.com
                                          Attorney for Plaintiff