Honorable Kymberly K. Evanson

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TYLER NEIN, an individual, <br><br>                    Plaintiff, <br><br> vs. <br><br> STATE FARM FIRE AND CASUALTY COMPANY, a foreign corporation, <br><br>                    Defendant. | NO. 2:23-cv-00683-KKE <br><br> ORDER GRANTING MOTION FOR RELIEF FROM CASE DEADLINES |

THIS MATTER, having come before the Court on Plaintiff's Unopposed Motion for Relief from Case Deadline, and having considered the moving papers, pleading and record in this case, the Court hereby ORDERS and DECREES as follows:

1. Plaintiff's Motion for Relief from Case Deadlines is granted.

2. The deadline for motions related to discovery is extended to August 16, 2024.

3. The deadline for discovery completion is extended to September 6, 2024.

ORDER GRANTING MOTION FOR RELIEF FROM CASE DEADLINES 2:23-cv-00683-KKE Pg. – 1

EMBER LAW *PLLC*
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
P. (206) 899-6816 F. (206) 858-8182

IT IS SO ORDERED.

THIS 13th day of August, 2024

*Kymberly K. Evanson* (signature)
_____
Kymberly K. Evanson
United States District Judge

PRESENTED BY:

August 13, 2024

                      EMBER LAW PLLC
                      _S/*Chance Yager*_____
                      Chance B, Yager, WSBA No. 54486
                      1700 Seventh Avenue, Suite 2100
                      Seattle, WA 98101
                      P. (206) 468-9410
                      F. (206) 858-8182
                      chance@emberlaw.com
                      Attorney for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on the date of filing, I caused to be served a true and correct copy of the attached pleading by E-Service or Email on the date indicated below.

Gregory S. Worden
Alex A. Jurisch
Attorneys for Defendant State Farm Fire and Casualty Corporation
Lewis Brisbois Bisgaard & Smith LLP
1111 Third Ave, Suite 2700
Seattle, WA 98101
Gregory.Worden@lewisbrisbois.com
Alex.Jurisch@lewisbrisbois.com

Dated: Tuesday, August 13, 2024

EMBER LAW PLLC
 S/*Chance Yager*
Chance B, Yager, WSBA No. 54486
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
P. (206) 468-9410
F. (206) 858-8182
chance@emberlaw.com
Attorney for Plaintiff