Judge Kymberly K. Evanson

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| TYLER NEIN, an individual, | No. 2:23-cv-00683-KKE |
| Plaintiff, | ORDER GRANTING STIPULATED MOTION TO DISMISS |
| vs. | |
| STATE FARM FIRE AND CASUALTY COMPANY, a foreign corporation, | |
| Defendant. | |

Pursuant to the foregoing Stipulated Motion to Dismiss (Dkt. No. 33), IT IS HEREBY ORDERED that all claims of Plaintiff Tyler Nein against Defendant State Farm Fire and Casualty Company in the above-entitled matter are dismissed with prejudice and without attorney fees or costs to any party.

//

//

//

ORDER GRANTING STIPULATED MOTION TO DISMISS - 1

CASE NO. 2:23-cv-00683-KKE

147008600.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

DATED this 10th day of October, 2024.

*[signature]*
JUDGE KYMBERLY K. EVANSON

*Presented by:*

EMBER LAW PLLC

*s/Leah S. Snyder*
Leah S. Snyder, WSBA #44384

*s/Chance B. Yager*
Chance B. Yager, WSBA #54486
*Attorneys for Plaintiff*

LEWIS BRISBOIS BISGAARD & SMITH, LLP

*s/Gregory S. Worden*
Gregory S. Worden, WSBA #24262

*s/Alexander A. Jurisch*
Alexander A. Jurisch, WSBA #53552
*Attorneys for Defendants*

ORDER GRANTING STIPULATED MOTION TO DISMISS - 2

CASE NO. 2:23-cv-00683-KKE

147008600.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020